

# NUMBER 13-20-00036-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **DAVID DEON JACK,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

## On appeal from the 40th District Court of Ellis County, Texas.

# ORDER ABATING APPEAL

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Order Per Curiam**

On December 27, 2019, appellant filed his notice of appeal. On January 23, 2020, this court notified Appellant's counsel the notice was untimely and was provided ten days to correct the defect, if possible. To date, no motion nor communication from appellant has been received by this Court.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; (5) whether appellant is indigent and entitled to court-appointed counsel; and (6) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

The trial court shall cause its findings and recommendations, together with any orders it may enter, to be included in a supplemental clerk's record. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of March, 2020.

2